

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2017

No. 04-15-00150-CR

Billy **BENAVIDEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. 09-CRD-122
Honorable J. Manuel Banales, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

The panel has considered the Appellant's motion for rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court